

# Fourth Court of Appeals
## San Antonio, Texas

October 4, 2019

No. 04-19-00648-CV

**IN THE INTEREST OF M.A., A CHILD,**

From the 166th Judicial District Court, Bexar County, Texas
Trial Court No. 2016-PA-00285
Honorable Peter A. Sakai, Judge Presiding

# O R D E R

Kristin Anderson's notification of late reporter's record is hereby GRANTED. Time is extended to October 14, 2019.

It is so **ORDERED** on this 4th day of October 2019.

PER CURIAM

ATTESTED TO: _____
LUZ ESTRADA,
Chief Deputy Clerk